Charles Matthews, Respondent, *v.* Jay Cady, Appellant.

(Argued September 21, 1874; decided January term, 1875.)

This action, as the complaint was interpreted by the commission, was to recover back the purchase-money paid upon a contract for the sale of certain stock by defendant to plaintiff, on the ground of fraud and a consequent rescision of the contract. The agreement was for the sale of fifty shares for $5,000. The defendant delivered twenty-five shares. No fraud was proved on the trial, and defendant moved for a nonsuit. The court held that the action could not be sustained

as one of fraud, but that as it appeared that defendant had only transferred twenty-five shares, while the agreement was for fifty, plaintiff could recover damages for breach of the contract. *Held,* error; that the action, if one *ex delicto,* could not be changed to one *ex contractu.* *(Walter* v. *Bennett,* 16 N. Y., 250; *Townsend* v. *Hendricks,* 40 How. Pr., 143; *Ross* v. *Mather,* 51 N. Y., 108.)

The cases of *Conaughty* v. *Nichols* (42 N. Y., 83) and *Graves* v. *Waite* (59 id., 156) distinguished.

But that the better view of the case was to treat the action as one based upon the implied assumpsit to pay back the $5,000, the contract having been rescinded for fraud; that under such a complaint plaintiff could not recover for the breach of a valid, unrescinded contract; in other words, plaintiff could not enforce a contract which is alleged not to be in existence.

*S. W. Jackson* for the appellant.

*Samuel Hand* for the respondent.

EARL, C., reads for reversal.
All concur.
Judgment reversed.